# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CARINA SOFTWARE AND INSTRUMENTS INC,<br><br>             Plaintiff(s),<br><br>    v.<br><br>TIMOTHY DEBENEDICTIS,<br><br>             Defendant(s). | No. C 11-05348 MEJ<br><br>**ORDER RE STATUS** |

This case is currently scheduled for a Case Management Conference on February 16, 2012. However, as no statement has been filed and there is no indication that Defendant has been served, the Court VACATES the February 16 CMC and ORDERS Plaintiff to file a status report by February 22, 2012.

**IT IS SO ORDERED.**

Dated: February 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge