# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Carina Software &
Instruments, Inc., _____,
_____,
         Plaintiff(s),

      v.

Timothy DeBenedictis,
_____,
         Defendant(s).
_____/

CASE NO.  11-5348 MEJ _____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
      ☐    Non-binding Arbitration (ADR L.R. 4)
      ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      ☑    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ☐    Private ADR *(please identify process and provider)*  _____

_____

The parties agree to hold the ADR session by:
      ☑    the presumptive deadline *(The deadline is 90 days from the date of the order
           referring the case to an ADR process unless otherwise ordered. )*

      ☐    other requested deadline _____

Dated: May 9, 2012                  /s/ Christopher D. Jew _____
                                       Attorney for Plaintiff

Dated: May 9, 2012                  /s/ Christopher S. Walters _____
                                       Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

|X| The parties' stipulation is adopted and IT IS SO ORDERED.

|_| The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: May 10, 2012



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITE... ...UDGE

Judge Maria-Elena James

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11