UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CARINA SOFTWARE AND INSTRUMENTS INC,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>TIMOTHY DEBENEDICTIS,<br>　　　　　Defendant(s).<br>_____/ | No. C 11-05348 MEJ<br><br>**CONDITIONAL DISMISSAL** |

The Court, having been advised that the parties in the above-captioned matter have agreed to a settlement of this case, hereby **DISMISSES this case with prejudice**. However, if any party hereto shall certify to this Court, within **ninety days**, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: August 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge