| | |
|---|---|
| 1 | HANSON BRIDGETT LLP<br>GARNER K. WENG, SBN 191462 |
| 2 | gweng@hansonbridgett.com<br>CHRISTOPHER S. WALTERS, SBN 267262 |
| 3 | cwalters@hansonbridgett.com<br>425 Market Street, 26th Floor |
| 4 | San Francisco, California 94105<br>Telephone:   (415) 777-3200 |
| 5 | Facsimile:     (415) 541-9366 |
| 6 | Attorneys for Defendant and Counter-Claimant<br>TIMOTHY DEBENEDICTIS dba SOUTHERN |
| 7 | STARS SYSTEMS AND SOUTHERN STARS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | CARINA SOFTWARE & INSTRUMENTS, INC., | CASE NO. CV 11-5348 MEJ |
| 12 | | ~~[PROPOSED]~~ **ORDER ON STIPULATION FOR DISMISSAL** |
| 13 | Plaintiff, | |
| 14 | v. | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| 15 | TIMOTHY DEBENEDICTIS dba SOUTHERN STARS SYSTEMS AND SOUTHERN STARS; DOES 1-10, | |
| 16 | | |
| 17 | Defendant. | |
| 18 | TIMOTHY DEBENEDICTIS dba SOUTHERN STARS SYSTEMS AND | |
| 19 | SOUTHERN STARS, | |
| 20 | Counter-Claimant, | |
| 21 | v. | |
| 22 | CARINA SOFTWARE & INSTRUMENTS, INC.; THOMAS MATHIS; and DOES 1-10, | |
| 23 | inclusive | |
| 24 | Counter-Defendants. | |

26   The Court considered the Stipulation of Dismissal filed by all parties in this case,

27 and the Court having been advised by counsel for all parties that the parties have agreed

28 that this action in its entirety should be dismissed with prejudice and that all parties

1  should bear their own court costs, expenses and legal fees, it is therefore ORDERED:

2      1.    The above-entitled and numbered case, including all claims and counter-
3  claims, is hereby dismissed with prejudice.

4      2.    Each party shall bear its own costs, expenses and attorney's fees incurred
5  in connection with this litigation.

7  Dated: __April 29, 2013__, 2013



                        UNITED STATES DISTRICT JUDGE

5066034.1

-2-    CV 11-5348 MEJ

ORDER ON STIPULATION FOR DISMISSAL