1  HANSON BRIDGETT LLP
   GARNER K. WENG, SBN 191462
2  gweng@hansonbridgett.com
   CHRISTOPHER S. WALTERS, SBN 267262
3  cwalters@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendant and Counter-Claimant
   TIMOTHY DEBENEDICTIS dba SOUTHERN
7  STARS SYSTEMS AND SOUTHERN STARS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA SOFTWARE & INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY DEBENEDICTIS dba SOUTHERN STARS SYSTEMS AND SOUTHERN STARS; DOES 1-10, <br><br> Defendant. | CASE NO. CV 11-5348 MEJ <br><br> [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| TIMOTHY DEBENEDICTIS dba SOUTHERN STARS SYSTEMS AND SOUTHERN STARS, <br><br> Counter-Claimant, <br><br> v. <br><br> CARINA SOFTWARE & INSTRUMENTS, INC.; THOMAS MATHIS; and DOES 1-10, inclusive <br><br> Counter-Defendants. | |

The Court considered the Stipulation of Dismissal filed by all parties in this case, and the Court having been advised by counsel for all parties that the parties have agreed that this action in its entirety should be dismissed with prejudice and that all parties

1  should bear their own court costs, expenses and legal fees, it is therefore ORDERED:

2      1.    The above-entitled and numbered case, including all claims and counter-
3  claims, is hereby dismissed with prejudice.

4      2.    Each party shall bear its own costs, expenses and attorney's fees incurred
5  in connection with this litigation.

7  Dated: \_\_\_April 29, 2013\_\_\_, 2013

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5066034.1

-2-    CV 11-5348 MEJ

ORDER ON STIPULATION FOR DISMISSAL